## Exhibit A to the Complaint

**Location:** Minneapolis, MN  
**Total Works Infringed:** 50  
**IP Address:** 207.153.39.108  
**ISP:** US Internet Corp

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1A3BB4E8163B5F1CD768FCF274F03B6512CC0872<br>File Hash:<br>B21D9A5CEA58190545E356A4787140107DB2E6BD3D00903869BEE3827FA3CA3A | 02-23-2023<br>01:40:37 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 2 | Info Hash: 3ADC06A6C923495B15747095E6D9ED7967551D88<br>File Hash:<br>19ACB54F165E4750C1C884F2831004F8BBC50AE609EFFE5CF8EA787A474E895F | 01-16-2023<br>02:23:53 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 3 | Info Hash: 3AEAEED448A79D7A5A91F51469B6A7836CA00512<br>File Hash:<br>89B3CC895630009E5A548D9066FB8CEC58A212697326D8283D51CFE9932EE345 | 12-05-2022<br>23:19:06 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 4 | Info Hash: 444F00AD47BF37250EDEC9E71512628A18A7662B<br>File Hash:<br>E8F05B553DD1403C6131F3130036E29FEE1BC1CC5509DFB9F71F2DC921F50922 | 12-03-2022<br>17:30:42 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 5 | Info Hash: 68FE67AB258A0D6022E32F1150E9C35596E4E767<br>File Hash:<br>EDAC6D7360617F459F5927A39F705009B879937E579E603D4CCCD1A9E44A3110 | 10-29-2022<br>17:05:23 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 6 | Info Hash: 41A572496B878FFAE77C7A757CBAE1ED0EB9D57E<br>File Hash:<br>FF125D9A09EA9469F302C188E821F889073D4286F770D8D1FA88C6E3E13AC817 | 10-20-2022<br>16:57:31 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 7 | Info Hash: EF805B2D1EBB4B6646CC4D55C927F75BA9C0615D<br>File Hash:<br>784BFE75D283C783F7044A0A1255798721F20E721F81B7A552B9396BD16747CB | 10-20-2022<br>16:57:16 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 8 | Info Hash: 9823F9A3F4439E8357EA8B3327973297E200C88E<br>File Hash:<br>7C81179F4EF8B6CDB0341F7D3121FAA646E363EC9C2D06B58A3B212AEB2F5070 | 09-28-2022<br>18:53:15 | Tushy | 04-01-2017 | 06-05-2017 | PA0002050768 |
| 9 | Info Hash: 5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB<br>File Hash:<br>7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 08-05-2022<br>03:29:17 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 10 | Info Hash: 21B9DD1AD65C9340920B31128D91CA3F85913384<br>File Hash:<br>607E813AFC513692CA99D3362D23A42D458E9AB2931661B9AAF58F4F8E75BF46 | 08-05-2022<br>00:24:47 | Blacked Raw | 08-30-2019 | 09-17-2019 | PA0002216138 |
| 11 | Info Hash: 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A<br>File Hash:<br>CE825ED8394023946EA5073AD8CD9A7095F4B9B6F597C02D4CB498375948662B | 12-14-2021<br>23:10:48 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash: 9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 11-14-2021 14:55:08 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 13 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash: E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 11-13-2021 20:18:44 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 14 | Info Hash: 9A8D0DF2EDFD199D52065950FFB980EAE528B554<br>File Hash: 39E7A5BB99890B1DC8CE6430C1D42239CE19EFD153FF680F973B578FF36E6E21 | 09-10-2021 22:59:26 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 15 | Info Hash: 78B80AEAC0AA822F07D4ECAAA80B6182FF8B757B<br>File Hash: 881EFBD6DA74E2D707C04F441FE320BE1934D6E99B22C571DE886E2C0730755A | 07-05-2021 18:56:03 | Blacked Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |
| 16 | Info Hash: 4933F704F6A8670559941C0CFB3053BC067C02AA<br>File Hash: 2D8C472B3A98AE22DFDD842BAE5BADDABCC0E35D9462A69D31C7DF5F8BF897C4 | 06-28-2021 02:43:30 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 17 | Info Hash: AFF0AC9A00C38E6A3B9D78DE51D0ACD3FEE31BAB<br>File Hash: B5B0D350B587EF9E94BF0DEADF903947299E53C8BE2CACCABD93A5032F581470 | 05-31-2021 02:54:18 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |
| 18 | Info Hash: 6D9EFBECE1CDC08A18AE443CCF6EF027FFCA73B8<br>File Hash: 17167481CAFDAF47B740ABA98EF7F43DB2EED8D52F5EB88E4EDA4B3DA1460DE1 | 05-31-2021 02:51:45 | Tushy | 06-05-2018 | 07-14-2018 | PA0002128384 |
| 19 | Info Hash: 45CC8BD73B616C4DE063324ACF9048EC3D5E0B32<br>File Hash: 437668BB2A35BB3C89914B8DD1BF462A8B341599A6283A3C144ECE766A3F5068 | 05-31-2021 02:50:00 | Tushy | 03-17-2019 | 04-08-2019 | PA0002164888 |
| 20 | Info Hash: AB5CDC31AEB275AEA1FF16C0CBBF64DF410E7B43<br>File Hash: 791AD1100B82ACE8F9FFB751F0F0D71A13639C4756C4E3D008543D4F99BC412D | 05-31-2021 02:41:48 | Blacked | 05-10-2017 | 06-22-2017 | PA0002039285 |
| 21 | Info Hash: 73ABAE3A120B61B747B6127B54F0566E9B0E2964<br>File Hash: C355CCCE582DE2FCCC86E4715BA889C02F95C74670176A6CFAC2821FC104F84D | 05-21-2021 01:22:35 | Tushy | 09-23-2019 | 10-07-2019 | PA0002205466 |
| 22 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 05-08-2021 21:26:27 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 23 | Info Hash: 36236DF80E3789C32873A3E74D3DCB69631784C2<br>File Hash: 708063990182E56298A47B688B4698CA2EE25DB127EAC494D09B1B5008E0E7AC | 05-08-2021 21:06:26 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4E09CCA0246A2BF6989481994B04C0BC7C6B8180<br>File Hash:<br>B3E7D4C69B1947521E58A91246227A44788A1F197CE0E0769394DEEE8A56BB4D | 05-08-2021 21:01:49 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 25 | Info Hash: 0E2BF2799B1A0B55ADBDE6134D9DC39F744307BE<br>File Hash:<br>7A0D08D0267C5628C108B7A32BAD8CD33344B4780AE074503E455CDA51188BBA | 04-11-2021 01:10:10 | Tushy | 09-08-2017 | 09-15-2017 | PA0002052841 |
| 26 | Info Hash: AB680670C2B3056DD3F1F0F46DCBC9F41F6495E4<br>File Hash:<br>3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-24-2021 23:57:29 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 27 | Info Hash: D9852FE1FD97B79E956C9B1E50550D9B0E8F8ECC<br>File Hash:<br>345A93BE90B9785F3E54EC2395FC90ADA664A31904D2AB7AA7982F8A6C29DFBA | 03-23-2021 00:21:11 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 28 | Info Hash: 2731D3BE6ECD9F4EF189644B16EBA424B73EFBFD<br>File Hash:<br>96FC13D83810C44230AFE045BFAD3603B19F1A98E46ADFE605A0E3798A867F2D | 03-23-2021 00:17:56 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 29 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash:<br>79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-22-2021 18:52:36 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 30 | Info Hash: 93EB9DEAF463F4AF3BD9E2D76BA391F909CCC7F2<br>File Hash:<br>04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 02-21-2021 03:24:19 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 31 | Info Hash: 2E72092B0B63BE9DDE5FCE742CB522B62857ABCA<br>File Hash:<br>6D46762997F964114D393256EB09245B0BAE34E0A4E66FD47E682B88B909D809 | 02-18-2021 18:48:10 | Tushy | 03-22-2018 | 04-17-2018 | PA0002116092 |
| 32 | Info Hash: F15A3D34FF0FD051292EC25A6DBB3F574863F6E2<br>File Hash:<br>4D5131F83A161A61BCC759E3AA7729C7BF9F99527E0D0FA59AD26AD5A61316B7 | 02-18-2021 18:47:12 | Blacked Raw | 04-17-2018 | 05-23-2018 | PA0002101308 |
| 33 | Info Hash: D8A420ECCA22D45CC96861C17C5FB654A29F75E2<br>File Hash:<br>099A5A971EB4C1A8F440FAE1A727BE9F5B6C421544E3C56015EB787123241F4A | 02-07-2021 14:48:54 | Tushy | 04-26-2018 | 06-19-2018 | PA0002126639 |
| 34 | Info Hash: 50E15D2CBEC667D65E27914E8CD54CFC687BA554<br>File Hash:<br>894EB6B77308919ACE1143A162DF1B62024AC823EACDFAD00FFF7795200FA6E8 | 02-07-2021 14:47:01 | Vixen | 10-11-2018 | 10-28-2018 | PA0002130457 |
| 35 | Info Hash: 23F3281238E8C2B9F46A06DE03A1DD56C2FE4183<br>File Hash:<br>F183EF0FD677D5E3B3A74E652AA19DA5A9D35A6F741282153C37E44C88A3A62C | 01-29-2021 01:28:06 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 7AD634DDF39D6C357029F9B8DA853344A9154CA3<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 01-29-2021 01:20:01 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 37 | Info Hash: C47DD4D0FEAE92D747EA81B5EFB91F2FAE62A77B<br>File Hash: 784B14F9E8413BC9FBF8064691EB0B59491B40FCABD60052C741902CE0984D50 | 01-24-2021 15:22:56 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 38 | Info Hash: DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72<br>File Hash: B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 01-23-2021 19:02:05 | Blacked Raw | 05-22-2019 | 07-17-2019 | PA0002188299 |
| 39 | Info Hash: F233046B237639FCA958C6DBEC40057C28890E5D<br>File Hash: 2FDF4CFE08F16A2317961394496FF936E9AA1B6975AD0E0DDE739169E1D86CEA | 01-23-2021 19:01:16 | Vixen | 04-14-2019 | 05-28-2019 | PA0002200761 |
| 40 | Info Hash: 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE<br>File Hash: B0CF8CDC8AB738EDE332DBC1B97E7D7E6A7F0F85DE8FDA2BE1DA130155775A70 | 01-23-2021 18:59:36 | Vixen | 02-18-2019 | 03-11-2019 | PA0002158598 |
| 41 | Info Hash: 5FAD5594FE08DB19A522B5FE69ACEC5092BCE70E<br>File Hash: 6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 01-23-2021 18:59:33 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |
| 42 | Info Hash: 8FCE7D42A6556C1B82F12839B018885BBCF4DB6D<br>File Hash: D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 01-17-2021 02:45:31 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |
| 43 | Info Hash: B038E50CE96EA99AC02E1BCF051643E7314A3667<br>File Hash: 72EAA4CC3AC4AF5B8AA2AD7BE38FAEC63017FABD2E62BA4876A94B5E05131F37 | 01-17-2021 02:43:07 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 44 | Info Hash: 082C43A6A41C30507682EB32F25A418C5223436D<br>File Hash: 525BCD317D68758E91135EEF8FC7EBE05FFE3DD5CAD10F65C4F69FBAB7D02A9C | 01-17-2021 02:35:59 | Blacked | 02-04-2018 | 03-01-2018 | PA0002079189 |
| 45 | Info Hash: B67C82932EBDBD98F7BAE04E0D159CD3BB4241C1<br>File Hash: 37960984BE2C789293DB422AC4FEFC69EB7CCAC1357CF00794A88F7B208E6BD2 | 01-17-2021 02:35:22 | Blacked | 03-16-2019 | 04-17-2019 | PA0002186980 |
| 46 | Info Hash: 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A<br>File Hash: CB6851AF715BFEA42DD5AA76C2259C7F6FA49A82CB907C16679B935539EF88AC | 01-17-2021 02:35:18 | Blacked | 08-13-2018 | 09-05-2018 | PA0002134995 |
| 47 | Info Hash: A1D29F25C0C4393FA8C8AB72BE1BAC6C914A0185<br>File Hash: EE61A84D0A948253FD2F89A37ADDACF7AEC34DAB37A805E22DB0402EB300FC11 | 01-17-2021 02:34:52 | Blacked | 03-01-2018 | 04-12-2018 | PA0002091580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 10AD926BA54EE0DA3D00E96EBE377053FAB0E6AE<br>File Hash:<br>46F41B092A095715186272E856EAF705E3805D7F0FCCFD42E93DBCA01822E2DB | 01-04-2021 04:08:39 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 49 | Info Hash: 7A55D40C0AC6D4D98039ED938F88F0ECE565C3C2<br>File Hash:<br>13695C39A914DBC94B480E90A90A2B1226545E984E809BB8E11D7D0E88677BF0 | 01-04-2021 04:03:04 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 50 | Info Hash: B47A4E294BCAE048AD1CB4122CEA3FB39492476A<br>File Hash:<br>CD520B27BEC366CB42707606E2CBCFCC3A6DFA185C5467B36265E2C21D089E15 | 12-23-2020 15:49:25 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |